UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:15-cv-1126 KJM CKD PS |
| Plaintiff, | |
| v. | ORDER and FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY, | |
| Defendant. | |

By order filed August 20, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. After the thirty day period expired, plaintiff requested an extension of time to file an amended complaint. The findings and recommendations filed September 24, 2015 will therefore be vacated.[1]

It is apparent from plaintiff's recent request for an extension of time that the claims raised in the instant action are duplicative of those raised in an action previously filed by plaintiff, i.e. Blackshire v. Sacramento County Sheriff, 2:15-cv-1123 MCD CKD PS (E.D. Cal.). In both cases, plaintiff claims he was wrongfully incarcerated past a date on which he was due to be released. In the prior action, the District Court has directed appointment of counsel and directed

/////

---

[1] Plaintiff's request for extension of time was entered on the docket after entry of the findings and recommendations.

1

that the action will proceed on plaintiff's third amended complaint. Under these circumstances, the instant action should be dismissed as duplicative.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extension of time (ECF No. 9) is denied as moot;

2. The findings and recommendations filed September 24, 2015 (ECF No. 8) are vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 blackshire1126.dup